## RECONSIDERATION DOCKET

**00–2115.   State v. Swingle.**
Summit App. No. 19746. Reported at 91 Ohio St.3d 1445, 742 N.E.2d 144. On motion for reconsideration. Motion denied.

**00–2117.   Bardes v. Todd.**
Hamilton App. No. C–000055. Reported at 91 Ohio St.3d 1445, 742 N.E.2d 144. On motion for reconsideration. Motion denied.

**00–2118.   State v. Clary. ·**
Franklin App. No. 99AP–1465. Reported at 91 Ohio St.3d 1445, 742 N.E.2d 144. On motion for reconsideration. Motion denied.

   LUNDBERG STRATTON, J., dissents and would decide this cause on the authority of *State v. Eppinger* (2001), 91 Ohio St.3d 158, 743 N.E.2d 881.

**00–2179.   State v. Nutt.**
Franklin App. No. 00AP–190. Reported at 91 Ohio St.3d 1446, 742 N.E.2d 144. On motion for reconsideration. Motion denied.

   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2183.   Natl. City Bank v. Victor Bldg. Co.**
Lucas App. No. L–99–1311. Reported at 91 Ohio St.3d 1446, 742 N.E.2d 144. On motion for reconsideration. Motion denied.

   RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS